JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GCIU-EMPLOYER RETIREMENT FUND AND BOARD OF TRUSTEES OF THE GCIU-EMPLOYER RETIREMENT FUND,<br><br>Plaintiffs,<br>v.<br><br>HIGH-CRAFT PRINTING COMPANY, INC., an Ohio Corporation,<br><br>Defendant. | CASE NO. 2:24-CV-11032-DSF-PDx<br><br>**JUDGMENT BY COURT AGAINST DEFENDANT HIGH-CRAFT PRINTING COMPANY, INC.** |

It appearing from the records in the above-entitled action from Plaintiffs' Motion for Entry of Default Judgment by Court, Plaintiffs' Supplemental Briefing, including the declarations submitted in support thereof, and other evidence as required by F.R.C.P. 55(b) and Local Rule 55.1, that Defendant High-Craft Printing Company, Inc. has failed to plead or otherwise defend in said action and default having been entered.

Now, therefore, on request of counsel, the Default Judgment, comprised of the following, is hereby entered against Defendant High-Craft Printing Company, Inc.

Plaintiffs' First Claim for Relief

As to Plaintiffs' First Claim for Relief, Defendant High-Craft Printing Company, Inc. is hereby ordered to pay $1,476,922.00 in withdrawal liability and $134,953.75 (plus $307.69 per day after April 9, 2025, and through the date of the entry of judgment) in prejudgment interest pursuant to Section 4219(c)(6) of ERISA, 29 U.S.C. § 1399(c)(6).

Plaintiffs' Second Claim for Relief

As to Plaintiffs' Second Claim for Relief, Defendant High-Craft Printing Company, Inc. is hereby ordered to pay $3,535.50 in underpaid minimum annual contributions, $1,362.58 (plus $0.97 per day after April 9, 2025 and through the date of the entry of judgment) in prejudgment interest attributable to the contributions, and $707.10 in liquidated damages.

Attorneys' Fees and Costs

Defendant High-Craft Printing Company, Inc. is hereby ordered to pay $35,949.62 in attorneys' fees pursuant to Local Rule 55.3 (plus $6.17 per day after April 9, 2025 and through the date of the entry of judgment), and costs totaling $872.63.

Total judgment for Plaintiffs is $1,654,303.18 (plus $314.83 per day after April 9, 2025 and through the date of the entry of judgment).

IT IS SO ORDERED.

Dated: June 10, 2025

*Dale S. Fischer*
The Honorable Dale S. Fischer
United States District Judge